**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

ALBERT G.,[1]                                  )
                                               )
           Plaintiff,                          )
                                               )
     v.                                        )          Civil Action No. 3:25-CV-157 (RCY)
                                               )
FRANK BISIGNANO,                               )
Commissioner of Social Security,               )
                                               )
           Defendant.                          )
_____                )

**ORDER**
**(Adopting Report and Recommendation of the Magistrate Judge)**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Plaintiff's Objection (ECF No. 20) is OVERRULED;

2. The Report and Recommendation of the Magistrate Judge (ECF No. 19) is ACCEPTED and ADOPTED;

3. Plaintiff's Motion for Summary Judgment (ECF No. 12) is DENIED;

4. Defendant's Motion for Summary Judgment (ECF No. 16) is GRANTED;

5. The final decision of the Commissioner is AFFIRMED;

6. This matter is CLOSED.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion and Order to all counsel of record.

It is so ORDERED.

                                                    /s/ _____
                                                    Roderick C. Young
Date: March 23, 2026                                United States District Judge
Richmond, Virginia

---

[1] The Committee on Court Administration and Case Management of the Judicial Conference of the United States has recommended that federal courts refer to claimants in social security cases by first name and last initial.